IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PACEM DEFENSE, LLC<br>2941 Fairview Park Drive; Ste. 350<br>Falls Church, VA 22042<br><br>   *Plaintiff,*<br><br>v.<br><br>UNITED STATES CUSTOMS AND<br>BORDER PROTECTION<br>1300 Pennsylvania Avenue, NW<br>Washington, DC 20229<br><br>   *Defendant.* | Case No. 1:25-cv-00596 |

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for PACEM Defense, LLC certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of PACEM Defense, LLC which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: February 28, 2025

              Respectfully submitted,

              */s/ Philip J. O'Beirne*
              Philip J. O'Beirne (DC Bar No. 1003436)
              Stein Mitchell Beato & Missner LLP
              2000 K Street, NW Suite 600

                                                Washington, DC 20006
                                                Tel: (202) 661-0959
                                                Fax: (202) 296-8312
                                                pobeirne@steinmitchell.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 28, 2025, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to all CM/ECF participants, including counsel for Plaintiff.

                                                */s/ Philip J. O'Beirne*
                                                Philip J. O'Beirne