UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PACEM DEFENSE, LLC,

       Plaintiff,

   v.

UNITED STATES CUSTOMS AND
BORDER PROTECTION,

       Defendant.

Civil Action No. 25-0596 (AHA)

## DEFENDANT'S MOTION FOR
## EXTENSION OF TIME TO RESPOND TO COMPLAINT

     Defendant, through undersigned counsel, respectfully moves for a 28-day extension to respond to the complaint. Currently, the deadline to respond is Thursday, April 10, 2025. Defendant seeks a new, proposed deadline of <u>Thursday, May 8, 2025</u>. Counsel for Defendant has attempted to confer with counsel for Plaintiff about this motion but has been unable to ascertain Plaintiff's position on this motion as of this filing. Because this Court requires a motion for an extension to be filed at least four days in advance of a deadline, Defendant has chosen to file this motion before ascertaining Plaintiff's position; however, Defendant will continue to attempt to confer with Plaintiff about Plaintiff's position and notify the Court as soon as possible.

     "When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1). "A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "District courts enjoy broad discretion when deciding case management and scheduling matters." *McGehee v. Dep't of Just.*, 362 F. Supp. 3d 14, 18 (D.D.C. 2019).

Defendant requests this extension because undersigned was recently assigned to this case, and his heavy caseload prevents him from preparing and filing a response to the complaint by the current deadline. The U.S. Attorney's Office is receiving thousands of new cases a year, and there is sometimes a delay in case assignments because of the influx in new cases. Undersigned is currently personally handling over 90 cases, of which more than 50 are active, each with its own competing obligations, deadlines, and demands. An extra 28 days would allow him to better understand the allegations in the complaint and draft a more appropriate response.

For the reasons above, Defendant contends there is good cause to grant this motion and for Defendant's new deadline to respond be extended to <u>Thursday, May 8, 2025</u>.

Date:   April 7, 2025                          Respectfully submitted,
        Washington, DC

                                              EDWARD R. MARTIN, JR., D.C. Bar #481866
                                              United States Attorney

                                              By:    _____*/s/ Sam Escher*_____
                                                    SAM ESCHER, D.C. Bar #1655538
                                                    Assistant United States Attorney
                                                    601 D Street, NW
                                                    Washington, DC 20530
                                                    (202) 252-2531
                                                    Sam.Escher@usdoj.gov

                                              *Attorneys for the United States of America*